UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADDIE KILLAM,

        Plaintiff,

v.

CITY OF SEATTLE, et al.,

        Defendants.

C16-1455 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion to continue trial date, docket no. 23, is GRANTED as set forth herein.

| **BENCH TRIAL DATE (4-5 days)** | **November 13, 2018** |
|---|---|
| Disclosure of expert testimony | March 12, 2018 |
| Discovery motions filing deadline | May 10, 2018 |
| Discovery completion date | June 15, 2018 |
| Dispositive motions filing deadline | July 19, 2018 |
| Motions in limine filing deadline | October 11, 2018 |

MINUTE ORDER - 1

| Agreed pretrial order due | October 26, 2018 |
|---|---|
| Trial briefs, proposed findings of fact and conclusions of law, and deposition testimony designations due | October 26, 2018 |
| Pretrial conference scheduled for | November 2, 2018 at 2:00 p.m. |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 22, shall remain in full force and effect.

    (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 25th day of October, 2017.

                                      William M. McCool
                                      Clerk

                                      s/Karen Dews
                                      Deputy Clerk