UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADDIE KILLAM and TERRY DIZARD,

Plaintiffs,

v.

CITY OF SEATTLE, et al.,

Defendants.

C16-1455 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulated motion, docket no. 28, is GRANTED as follows:

(a) Plaintiffs are granted leave to amend their pleading to join Ticketmaster LLC, Live Nation Worldwide, Inc., and AEG Presents NW, LLC as defendants;

(b) Plaintiffs shall electronically file their amended pleading on or before March 26, 2018, and shall arrange for service of the amended pleading, along with summons, on or before May 4, 2018;

(c) The bench trial date of November 13, 2018, and all related dates and deadlines are STRICKEN; and

(d) The current and newly joined parties shall conduct a Rule 26(f) conference on or before June 18, 2018, and shall exchange initial disclosures and file a Joint Status Report in the form required by the Order entered September 16, 2016, docket no. 2, on or before July 2, 2018.

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record. Plaintiffs shall serve a copy of this Minute Order on newly joined defendants when they serve summons and their amended pleading.

Dated this 16th day of March, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2