Hon. Thomas Zilly

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

ADDIE KILLAM AND TERRY DIZARD,

Plaintiff,

vs.

CITY OF SEATTLE, TICKETMASTER, LLC, LIVE NATION WORLDWIDE, INC., AND AEG PRESENTS NW, LLC,

Defendants.

No. 16-CV-01455-TSZ

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO CLAIMS AGAINST DEFENDANT AEG PRESENTS NW, LLC

## STIPULATION

IT IS HEREBY STIPULATED between the plaintiffs, Addie Killam and Terry Dizard, and the defendant, AEG Presents NW, LLC ("AEG"), that between the plaintiffs, and AEG, following discussions, defendant AEG may be dismissed without costs or attorneys' fees.

DATED this 9th day of June, 2018

By: /s/ Christopher Carney
Christopher Carney, WSBA #30325

By: /s/ Conrad Reynoldson
Conrad Reynoldson, WSBA #48187
*Attorneys for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO CLAIMS AGAINST
DEFENDANT AEG PRESENTS NW, LLC - 1



## ORDER

Pursuant to the stipulation between plaintiffs Addie Killam and Terry Dizard, and defendant AEG Presents NW, LLC ("AEG"), plaintiffs' claims against defendant AEG are hereby DISMISSED with prejudice and without costs.

DATED this 14th day of June, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

By: /s/ Christopher Carney
Christopher Carney, WSBA #30325

By: /s/ Conrad Reynoldson
Conrad Reynoldson, WSBA #48187
*Attorneys for Plaintiffs*

Copy Received; Approved For Entry;
Notice of Presentation Waived:

By: /s/ Lorraine Phillips
Lorraine Phillips, WSBA #33126
*Attorney for City of Seattle*

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE AS TO CLAIMS AGAINST
DEFENDANT AEG PRESENTS NW, LLC - 2

CARNEY
GILLESPIE
ISITT

600 1st Ave. Suite LL08
SEATTLE, WA 98104
MAIN / FAX 206•445•0220
WEB WWW.CGILAW.COM