UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADDIE KILLAM and TERRY DIZARD,

        Plaintiffs,

v.

CITY OF SEATTLE, et al.,

        Defendants.

C16-1455 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The motion for summary judgment, docket no. 52, brought by defendants Ticketmaster, LLC and Live Nation Worldwide, Inc. ("Ticketmaster") is DENIED. Genuine disputes of material fact preclude summary judgment. *See* Fed. R. Civ. P. 56(a). The authorities cited by Ticketmaster for the proposition that temporary delays and isolated incidents are not actionable under the Americans with Disabilities Act ("ADA") are distinguishable. Plaintiffs have alleged and submitted affirmative evidence[1] that, although Ticketmaster's website is capable of offering individuals with disabilities the same opportunity as others to purchase tickets during presale or promotional events, such functionality was "turned off" for the concert at issue and presumably could be "turned off" for future performances at McCaw Hall. Ticketmaster's alternative request that the Court decline to exercise supplemental jurisdiction as to plaintiffs' state law claims is also DENIED.

---

[1] Ticketmaster has objected, *see* Def.'s Reply at 4 n.1 (docket no. 57), to the Declaration of Joe Paganelli, docket no. 54, on the ground that Paganelli lacks personal knowledge about who or how the "interactive seat map option" on Ticketmaster's website got "turned off." Ticketmaster has failed, however, to establish that plaintiffs could not offer at trial evidence in an admissible form on the subject. *See* Fed. R. Civ. P. 56(c)(2).

MINUTE ORDER - 1

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 17th day of April, 2019.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2