UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ADDIE KILLAM and TERRY DIZARD,

Plaintiffs,

v.

CITY OF SEATTLE; TICKETMASTER, LLC; and LIVE NATION WORLDWIDE, INC.,

Defendants.

C16-1455 TSZ

ORDER

Counsel having telephonically advised the Court that this matter has been resolved, and it appearing that no issue remains for the Court's determination,

NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. The trial date of June 10, 2019, and all related dates and deadlines are STRICKEN.

In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within **60** days of the date of this Order.

The Clerk is directed to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 15th day of May, 2019.

Thomas S. Zilly
United States District Judge

ORDER - 1